# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

06-00041

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name _____Michael Kenneth Giminez_____

Alias Name _____

Address _____

_____Agat, Guam_____

Birthdate __xx/xx/1976__  SS# __xxx-xx-4905__  Sex __M__  Race __PI__  Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA _____Rosetta L. San Nicolas_____

Interpreter: __X__ No ___ Yes    List language and/or dialect: _____

**RECEIVED**
**AUG 30 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___5___    ___ Petty ___ Misdemeanor __x__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1951 & 2 | Hobbs Act Robbery Conspiracy | 1 |
| Set 2 | 18 USC 1951 & 2 | Hobbs Act Robbery | 2 |
| Set 3 | 18 USC 924(c)(1)(A)(ii) & 2 | Using and Carrying a Firearm During a Crime of Violence | 3 |
| Set 4 | 18 USC 922(g)(1), 924(a)(2) & 2 | Felon in Possession of a Firearm | 4 |
| Set 4 | 18 USC 922(g)(1), 924(a)(2) & 2 | Possession of Ammunition by a Felon | 5 |

(May be continued on reverse)

Date: __8/30/06__    Signature of AUSA: _____

**ORIGINAL**