## Criminal Case Cover Sheet

**Place of Offense:**

City _____ Hagåtña _____

**Related Case Information:**

Country/Parish _____

Superseding Indictment _____ Docket Number **06-00041**

Same Defendant _____ New Defendant ____x____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__     Matter to be sealed: _____ Yes __X__ No

Defendant Name ___Benjamin Unsiog Charfauros____

Alias Name _____

Address _____

___Mangilao, Guam___

Birthdate __xx/xx/1972__ SS# __xxx-xx-0958__ Sex __M__ Race __PI__ Nationality__Chamorro__

**U.S. Attorney Information:**

AUSA ___Rosetta L. San Nicolas_____

**Interpreter:** __X__ No ___Yes     List language and/or dialect: _____

RECEIVED

AUG 30 2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___2___     _____ Petty _____ Misdemeanor __x__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1951 & 2 | Hobbs Act Robbery Conspiracy | 1 |
| Set 2 | 18 USC 1951 & 2 | Hobbs Act Robbery | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: ___8\30\06___     Signature of AUSA: _____

ORIGINAL