AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**BENJAMIN U. CHARFAUROS**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: CR-06-00041-002 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 4th FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | COURTROOM |
| | Date and Time |
| Before: HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Friday, September 1, 2006 at 10:15 a.m. |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

COUNT I - HOBBS ACT ROBBERY CONSPIRACY [18 U.S.C. §§1951(a) and 2]

COUNT II - HOBBS ACT ROBBERY [18 U.S.C. §§1951 and 2]

**FILED**
DISTRICT COURT OF GUAM
AUG 31 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| **LEILANI R. TOVES HERNANDEZ, Deputy Clerk**<br>Name and Title of Issuing Officer | _(signature)_<br>Signature of Issuing Officer |
| **August 30, 2006**<br>Date | |

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date  31 AUG 06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: MANGILAO Correctional Facility (LT. Cruz at 10:15)

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  31 AUG 06
             Date

HOANG M. NGUYEN
Name of ~~United States Marshal~~ AGENT

Hoangu 2
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.