ORIGINAL

1  bencharfauroswrit

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE TERRITORY OF GUAM**

10  UNITED STATES OF AMERICA,       ) CRIMINAL CASE NO. 06-00041
                                     )
11                 Plaintiff,        )
                                     )
12        vs.                        )  **MOTION FOR WRIT OF HABEAS**
                                     )  **CORPUS AD PROSEQUENDUM**
13  BENJAMIN U. CHARFAUROS,          )
                                     )
14                 Defendant.        )
    _____ )

15

16      The United States of America, by and through undersigned counsel, hereby moves this

    Honorable Court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant,
17
    BENJAMIN U. CHARFAUROS, is now in the custody of the Territorial Detention Center, and that
18
    said prisoner is required to appear before this Court on September 1, 2006 at 10:15 a.m. for his
19
    initial appearance in the United States District Court of Guam, and whenever necessary, hereafter to
20
    attend court appearances in the above entitled case and upon completion of said prosecution and/or
21
    Court appearances and/or upon further order of the Court, return said prisoner to his place of
22
    confinement.
23
        Dated this 31st day of August 2006.
24
                                    LEONARDO M. RAPADAS
25                                  United States Attorney
                                    Districts of Guam and NMI
26

27                       By:  _____
                                    ROSETTA L. SAN NICOLAS
28                                  Assistant U.S. Attorney