bencharfauroswrit

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00041 |
| Plaintiff, | ) |
| vs. | ) **WRIT OF HABEAS CORPUS** |
| | ) **AD PROSEQUENDUM** |
| BENJAMIN U. CHARFAUROS, | ) |
| Defendant. | ) |

TO: OFFICER IN CHARGE
    Territorial Detention Center
    Territory of Guam

This Court finds that BENJAMIN U. CHARFAUROS is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on September 1, 2006, at 10:15 a.m. for his initial appearance/arraignment on the federal charges in the United States District Court of Guam.

**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent or any Federal law enforcement agent shall produce BENJAMIN U.

1 CHARFAUROS, before this Court on September 1, 2006 at 10:15 a.m. and whenever necessary
2 hereafter to attend court appearances in the above-entitled case and upon completion of said
3 prosecution and/or court appearances and/or upon further order of the court, return said prisoner to
4 his place of confinement.

5 **SO ORDERED** this _____ day of August 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge
District Court of Guam

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA SAN NICOLAS
Assistant U.S. Attorney