**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

---

CASE NO.: CR-06-00041-002　　　　　　　　　DATE: September 01, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:02:58 - 10:11:12
CSO: J. McDonald

---

**APPEARANCES:**
Defendant: Benjamin U. Charfauros　　　　Attorney: Cynthia V. Ecube
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent: Wong Nguyen, ATF
U.S. Probation: Carleen Borja　　　　　　U.S. Marshal: G. Perez
Interpreter:　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Initial Appearance and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty.
- Trial set for: October 25, 2006 at 9:30 A.M.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: