# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00041-002          DATE: October 20, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore          Electronically Recorded: 2:16:36 - 2:36:00
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Benjamin U. Charfauros          Attorney: Cynthia V. Ecube
☒ Present ☒ Custody ☐ Bond ☐ P.R.          ☒ Present ☐ Retained ☐ FPD ☒ CJA
U.S. Attorney: Rosetta San Nicolas          U.S. Agent: Brian Ingardiola, A.T.F.
U.S. Probation: Stephen Guilliot          U.S. Marshal: D. Punzalan
Interpreter:          Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Plea entered: Guilty Count I.
- Report and Recommendation executed by the Court.
- Status Hearing set for: January 19, 2007 at 2:30 P.M.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: Defendant informed the Court that his last name is Charfauros, Jr.. He acknowledged that he is the person named in the indictment.