ORIGINAL

bencharfaurosstp

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN -9 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00041 |
| Plaintiff, ) | |
| ) | **STIPULATED MOTION TO** |
| vs. ) | **CONTINUE STATUS HEARING** |
| ) | |
| BENJAMIN U. CHARFAUROS, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Cynthia Ecube, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for January 19, 2007, and that it be continued for two (2) months, at a date and time to be selected by the court at it's convenience.

1\9\07
_____
DATE

_____
CYNTHIA ECUBE
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_____          By:  _____
DATE                           ROSETTA SAN NICOLAS
                               Assistant U.S. Attorney