LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00041 |
| Plaintiff, | |
| vs. | **O R D E R** |
| BENJAMIN U. CHARFAUROS, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the justification for continuing the January 19, 2007, status hearing be filed under seal.

Dated: January 10, 2007

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**