LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
MAR 20 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00041 |
| Plaintiff, | **STIPULATED MOTION TO VACATE STATUS HEARING AND SET SENTENCING DATE** |
| vs. | |
| BENJAMIN U. CHARFAUROS, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Cynthia Ecube, hereby motion this Honorable Court to vacate the status hearing currently scheduled for March 20, 2007, and that a sentencing date be set.

The parties request that the Court calendar the sentencing date 90-days from the date of this filing so that a Presentence Report may be completed in this case

3/20/07
DATE

CYNTHIA ECUBE
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

3/19/07
DATE

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney