IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00041 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ACCEPTING PLEA OF GUILTY** |
| vs. | ) | **AND ADJUDICATING GUILT, AND** |
| | ) | **NOTICE OF SENTENCING** |
| BENJAMIN U. CHARFAUROS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to Count I of an Indictment charging him with Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. §§ 2 and 1951(a), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as later directed.

IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
       **Chief Judge**
**Dated: Mar 20, 2007**