LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00041 |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**Vacating Status Hearing and**<br>**Setting Sentencing Date** |
| BENJAMIN U. CHARFAUROS,, | ) | |
| Defendant. | ) | |

Based on the Stipulation of Parties filed March 20, 2007, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the March 20, 2007, status hearing be vacated, and that sentencing be set for June 20, 2007, at 9:30 a.m. The presence report shall be provided to the parties no later than May 16, 2007. The parties shall file their responses to the presentence report no later than May 30, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than June 13, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Mar 20, 2007