# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>         Plaintiff, )<br>vs. )<br> )<br>BENJAMIN U. CHARFAUROS )<br> )<br>         Defendant. )<br> ) | USDC Cr. Cs. No. 06-00041-002<br><br>**REQUEST FOR CONTINUANCE OF THE PRESENTENCE INVESTIGATION REPORT AND SENTENCING DATE** |

On October 20, 2006, the defendant, Benjamin U. Charfauros, pled guilty to an Indictment that charged him with the offense, to wit: Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a) and 2. The case was put over to a Status call. On March 20, 2007, the Court granted a motion to Vacate Status Hearing and Set Sentencing by the parties. A Sentencing hearing was scheduled for June 20, 2007. The U.S. Probation Office was ordered to submit a presentence report to the parties by May 16, 2007.

At this time, the probation officer is requesting an extension to the submission of the draft presentence report from May 16, 2007 to May 31, 2007 so as to complete the investigation of the defendant's substantial criminal history. The United States Attorney's Office and Attorney Cynthia Ecube have been apprised of this request and have no objections to the continuance.

RESPECTFULLY submitted this __25th__ day of May 2007.

                                          Respectfully submitted,

                                          FRANK MICHAEL CRUZ
                                          Chief U.S. Probation Officer

By:  /s/ probation officer's name
                                          U.S. Probation Officer

Reviewed by:

 /s/ CHRISTOPHER J. DUENAS
             U.S. Probation Officer Specialist

cc:    Rosetta San Nicolas, AUSA
        Cynthia Ecube, Defense Counsel