LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
BENJAMIN U. CHARFAUROS

FILED
DISTRICT COURT OF GUAM
JUL 03 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR06-00041 |
| Plaintiff, ) | |
| vs. ) | STIPULATION OF PARTIES TO CONTINUE SENTENCING HEARING |
| BENJAMIN U. CHARFAUROS, ) | |
| Defendant. ) | |

The Parties hereby request this Honorable Court to continue the sentencing hearing in this matter, which is presently set for July 3, 2007 at 9:30 A. M.

This Stipulation is made at the request of the Defendant, in order to allow the Defendant to get married. The Department of Correction wedding ceremonies only occur once a year during the month of August, on August 27, 2007. The Parties' respectively submit this request to set the sentencing hearing for the first week of September, 2007.

Dated this 3rd day of July, 2007.

ORIGINAL

CVE/abs
L:\...\CLIENTS\CVE-CLIENTS\Charfauros, Benjamin U.\Stipulation & Order.7.2.07

| LAW OFFICE OF CYNTHIA V. ECUBE, ESQ. | LEONARDO M. RAPADAS |
| --- | --- |
| A Professional Corporation | United States Attorney |
| | District of Guam and NMI |
| By: _____ | By: _____ |
| CYNTHIA V. ECUBE, ESQ. | ROSETTA L. SAN NICOLAS |
| *Attorney for Defendant* | *Assistant U.S. Attorney* |

CVE/abs
L:\..\CLIENTS\CVE-CLIENTS\Charfauros, Benjamin U.\Stipulation & Order.7.2.07