LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
**BENJAMIN U. CHARFAUROS**

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **CR06-00041** |
| Plaintiff, ) | |
| ) | **ORDER RE: STIPULATION OF PARTIES TO CONTINUE SENTENCING HEARING** |
| vs. ) | |
| ) | |
| **BENJAMIN U. CHARFAUROS,** ) | |
| Defendant. ) | |

**IT IS APPROVED AND SO ORDERED** that the sentencing hearing scheduled for July 3, 2007 is hereby continued to September 5, 2007 at 9:30 a.m

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Jul 03, 2007**

CVE/abs
L:\...\CLIENTS\CVE-CLIENTS\Charfauros, Benjamin U.\Order of Parties to Cont. Sentencing Hrng.7.2.07