**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES**

CASE NO.: CR-06-00041-002　　　　　　　　　　　DATE: September 05, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley / Sara Weber　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 1:10:41 - 2:08:30
CSO: N. Edrosa / J. Lizama

**APPEARANCES:**
Defendant: Benjamin U. Charfauros　　　　　　Attorney: Cynthia V. Ecube
　　Present　Custody　Bond　P.R.　　　　　　　Present　Retained　FPD　CJA
U.S. Attorney: Rosetta San Nicolas　　　　　U.S. Agent: H. Nguyen, A.T.F. / T. Churchin, D.E.A.
U.S. Probation: Stephen Guilliot　　　　　　U.S. Marshal: D. Punzalan / T. Muna
Interpreter:　　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Sentencing**
- Proceedings continued to: September 12, 2007 at 10:30 a.m.

NOTES: