**LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
**BENJAMIN U. CHARFAUROS**

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CRIMINAL CASE NO. **CR06-00041** |
| *Plaintiff,* | |
| vs. | **ORDER** |
| **BENJAMIN U. CHARFAUROS,** | |
| *Defendant.* | |

**IT IS APPROVED AND SO ORDERED** that the Defendant has the court's permission and shall not be prohibited by this court from getting married while confined at the Department of Corrections.

SO ORDERED:

**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: Sep 10, 2007**

*CVE/abs*
*L:\...\CLIENTS\CVE-CLIENTS\Charfauros, Benjamin U.\Order.9.7.07*