✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

United States of America

V.

Benjamin U. Charfauros

**NOTICE**

CASE NUMBER: CR-06-00041-002

TYPE OF CASE:

☐ **CIVIL**      X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

CONTINUED SENTENCING

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Thursday, September 27, 2007 at 10:30 a.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Tuesday, October 2, 2007 at 10:00 a.m.** |
|---|---|---|

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**September 24, 2007**          /s/ Leilani R. Toves Hernandez
DATE          (BY) DEPUTY CLERK

TO:      U.S. Attorney's Office
          Cynthia V. Ecube, Esq.
          U.S. Probation Office
          U.S. Marshals Service