CASE NO.: CR-06-00041-002  DATE: October 02, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber  Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:18:34 - 11:01:15
CSO: B. Pereda

**APPEARANCES:**

Defendant: Benjamin U. Charfauros  Attorney: Cynthia Ecube
   Present   Custody   Bond   P.R.     Present   Retained   FPD   CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent: Hoang M. Nguyen, ATF
U.S. Probation: Stephen Guilliot  U.S. Marshal: D. Punzalan / V. Roman
Interpreter:   Language:

**PROCEEDINGS: Continued Sentencing**
- Defense submitted Exhibts A and B to the Court.
- Defense's oral Motion for downward departure was denied.
- Defendant committed to the Bureau of Prisons for a term of 151 months, with credit for time served. Defendant shall participate in the 500 Hour Intensive Drug Treatment Program and any vocational and any mental health programs to address domestic violence issues as well as enhance his parenting skills
- Court recommendation to the Bureau of Prisons for incarceration at a facility in the West Coast area, specifically the California area.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 3 years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:

Dear Mr. Zheng,

    I write to you this letter with high hopes and prayer, that it finds you, and your family in the very best of health and care, all together.

    Mr. Zheng, it has been over a year now since my co-defendant and I had robbed you and placed you in fear of your life at the giant panda store.

"Please! forgive me for this unpleasant reminder, but rest do assure you. That justice has been served, and I will undoubtly pay the price for my crimes against you.

But the sole purpose of this letter that ive written to you, will be my only chance, the only chance, for me to express myself to you and to ask for your forgiveness.

Mr. Zheng, I'm very, very sorry for tieing your hands together and robbing you. I'm very, very sorry for placing you in fear of your life or in fear of death.

I am also deeply sorry for the worries and painful feelings i've caused your family, through the experience you have suffered and felt in such a traumatic event that took place a year ago.

Mr. Zheng, I've prayed everyday and I will continue praying that no-one, nor any other humanbeing ever go through what I've put you and your family through.

Because nobody has the rights to rob another humanbeing, nobody has a right to place another humanbeing in fear of their life, or, in fear of death.

I didn't have the right to do either of these unlawful acts to you, and your family. And so forever, I'll always be – deeply and truly, very sorry for wronging you and your family.

Mr. Zheng, I hope and pray that you accept my empathy. I also hope and pray that maybe you and your family will one-day forgive me for what I've caused all of you, not for my benifit — but for your's.

That through your forgiveness you will all heal from the pain and fear I've caused in your lives, that through your forgiveness shall it only strengthen all of you, to go on living your lives without fear of your life or ever being robbed again.

With your forgiveness and my prayers that I too, shall heal from my guilt and change to be a better person for myself, for my family → BACKSIDE

and to all my fellow human beings,
treating everyone with respect, kindness
and love.

Sincerely, 9/05/07
Benjamin H. Charfauros
(SUSPECT #2 THE RICH GUY)

Dear Ms. Zhung,

I write to you this letter with high hopes and prayer, that it finds you, and your family in the very best of health and care, all together.

Ms. Zhung, it has been over a year now since my co-defendant and I had robbed you and placed you in fear of your life at the giant panda store.

"Please! forgive me for this unpleasant reminder, but rest to assure you. That justice has been served, and I undoubtly pay the price for my crimes against you.

But the sole purpos of this letter that ive written to you. will be my only chance, the only chance for me to express myself to you and to ask for your forgiveness.

Ms. Zhung, I'm very, very sorry for robbing you...

I'm very, very sorry for placing you in fear of your life or in fear of ~~death~~...

I am also deeply sorry for the worries and painful feelings i've caused your family, through the experience you have suffered and felt in such a traumatic event that took place a year ago.

Mrs. Zhang, I've prayed every day and I will continue praying that no-one, nor any other human being ever go through what I've put you and your family through.

Because nobody has the rights to rob another human being, nobody has a right to place another human being in fear of their life, or in fear of death.

I didn't have the right to do either of these unlawful acts to you, and your family. And so forever, I'll always be - deeply and truly, very sorry for wronging you and your family.

Mr. Zhung, I hope and pray that you accept my sympathy. I also hope and pray that maybe you and your family will one day forgive me for what I've caused all of you, not for my benifit but for your's.

That through your forgiveness you will all heal from the pain and fear ive caused in your lives, that through your forgiveness shall it only — strengthen all of you, to go on living your lives without fear of you life or ever being robbed again.

With your forgiveness and my prayers that I too, shall heal from my guilt and change to be a better person for myself, for my family   BACKSIDE

and to all my fellow humanbeings.
treating everyone with respect, kindness
and love.

Sincerely, 9/05/07
Benjamin U. Chorfang
(SUSPECT #2 THE BIG GUY)