LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00041-02 |
| Plaintiff, | ) |
| | ) **ORDER TO DISMISS COUNT** |
| vs. | ) **II OF THE INDICTMENT** |
| | ) |
| BENJAMIN U. CHARFAUROS, | ) |
| Defendant. | ) |

The United States' Motion to Dismiss Count II of the Indictment against defendant, BENJAMIN U. CHARFAUROS, is hereby dismissed without prejudice.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Oct 11, 2007**